UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

MICHAEL CURTIS REYNOLDS,     ) CV 13-07798-MWF (SH)
                        )
       Petitioner,     ) JUDGMENT
                        )
   v.               )
                        )
Warden, LINDA McGREW, et al.,    )
                        )
       Respondents.     )
_____)

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: January 31, 2014

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1